Argued July 20, reversed and remanded July 26, 1976

KENNETH W. HATFIELD, *Petitioner,*

*v.*

OREGON STATE CORRECTIONAL INSTITUTION,
*Respondent.*

(No. 311-D, CA 6159)

552 P2d 80

*John K. Hoover,* Deputy Public Defender, Salem,
argued the cause for petitioner. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*W. Michael Gillette,* Solicitor General, Salem,
argued the cause for respondent. With him on the brief
was Lee Johnson, Attorney General, Salem.

Before Schwab, Chief Judge, and Langtry and Fort,
Judges.

PER CURIAM.

Reversed and remanded.

The findings of fact in this disciplinary proceeding
are inadequate.